# SUE HAYCOX

### 4520 Ocean View Avenue
### Virginia Beach, VA 23455

September 28, 2012

United States Bankruptcy Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, VA  23501

RE: Motion to Request Unclaimed Funds  #10-74734

To whom this may concern;

     My name is Sue Haycox, residing at 4520 Ocean View Avenue, Virginia Beach, VA 23455 with cell phone number (757) 647 6061.

     I have enclosed the original check (amount $1,186.00) that was issued to me from the Disbursement Account of Michael P. Cotter Chapter 13 Standing Trustee, and not cashed within the 90 day time period stated on the check. This check was issued to me as a result of my dismissed Chapter 13 case which was closed on October 5, 2011. I do believe that I am entitled to these funds exclusively, and no other party is entitled to these funds.

     I am kindly requesting that you re-issue a replacement check in the amount $1,186.00, made payable to Sue C. Haycox.

Cordially,

Sue Haycox

cc: Attorney John G. Merna
    Trustee Michael P. Cotter
    U. S. Attorney at World Trade Center
    U. S. Trustee at Granby Street

🔒 WARNING:  CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**MICHAEL P. COTTER CHAPTER 13 STANDING TRUSTEE**

DISBURSEMENT ACCOUNT

*870 Greenbrier Circle, Suite 402*
*Chesapeake, VA 23320*
*(757) 961-3000*



PROTECTED WITH ANTI-COPY
TECHNOLOGY RUB OR BREATHE ON
RED IMAGE DISAPPEARS WITH HEAT



SUNTRUST

64-79
611

**3002313**

DATE:        Apr 22, 2011

PAY    Exactly One Thousand One Hundred Eighty Six And 00 / 100 Dollars

$    ******1,186.00

TO
THE
ORDER
OF

SUE C. HAYCOX
4520 OCEAN VIEW AVE.
VIRGINIA BEACH, VA  23455
1074734/ HAYCOX

VOID 90 DAYS AFTER DATE

CHAPTER 13 TRUSTEE

⑈3002313⑈ ⑆061100790⑆ 8800518246⑈

MICHAEL P. COTTER CHAPTER 13 STANDING TRUSTEE

Payee: SUE C. HAYCOX
Creditor No.:

Check #: 3002313
Date: 04/22/2011

| Case No. | Debtor Name(s) | Account # | SSN 1 | SSN 2 | Claim # | Payment Amount | Interest Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| 1074734 | SUE C. HAYCOX | | 3536 | | 00000 | 1,186.00 | 0.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TOTALS | | | 1,186.00 | 0.00 | 0.00 |

68706



68706